## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| A. KAMI COLE and ANDREA BANDERAS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No.: 1:11-CV-576-RLV-LTW ) |
| LAW OFFICES OF JAMES A. WEST, P.C., | ) ) ) |
| Defendant. | ) ) |

## DEFENDANT LAW OFFICES OF JAMES A. WEST, P.C.'S MOTION TO DISMISS

**COMES NOW** defendant Law Offices of James A. West, P.C. ("Defendant"), by and through its undersigned counsel, specifically reserving its right to seek arbitration of Plaintiffs' claims pursuant to 9 U.S.C. § 1, *et seq*., and hereby moves this Court, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss all of plaintiff A. Kami Cole's and plaintiff Andrea Banderas' claims against Defendant for failure to state a claim upon which relief can be granted. In support of this motion, Defendant relies on the memorandum of law filed contemporaneously herewith.

WHEREFORE, premises considered, Defendant asks the Court to dismiss Plaintiffs' claims for the failure to state a claim upon which relief can be granted and for other such relief as the Court deems appropriate.

Respectfully submitted,

s/ R. Frank Springfield
Alan D. Leeth
Georgia Bar No. 472031
aleeth@burr.com
R. Frank Springfield
Georgia Bar No. 316045
fspringf@burr.com
BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

Attorneys for Defendant
LAW OFFICES OF JAMES A. WEST, P.C.

## CERTIFICATION OF COUNSEL

I hereby certify that the foregoing **DEFENDANT LAW OFFICES OF JAMES A. WEST, P.C.'S MOTION TO DISMISS** has been prepared with Times New Roman, 14 point font, one of the font and point selections approved by the Court in LR 5.1B.

                                              s/ R. Frank Springfield
                                              R. Frank Springfield
                                              Georgia Bar No. 316045
                                              fspringf@burr.com

BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

1921744 v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of June, 2011, I presented **DEFENDANT LAW OFFICES OF JAMES A. WEST, P.C.'S MOTION TO DISMISS** to the Clerk of Court for filing and uploading to the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

> John C. Forbes
> Law Offices of Mark A. Carey, P.C.
> 925-B Peachtree Street, NE, Suite 307
> Atlanta, GA 30309

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

> None

> s/ R. Frank Springfield
> R. Frank Springfield
> Georgia Bar No. 316045
> fspringf@burr.com

BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

1921744 v1